UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SM HILL FAMILY, LLC, a Washington limited liability corporation, and HILL AEROSYSTEMS, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITECH HOLDINGS, INC., an Oklahoma corporation; ACORN GROWTH COMPANIES, LC an Oklahoma corporation; EDGEWATER FUNDS, a Delaware limited liability; and JOHN DOE COMPANIES 1-99, the corporate affiliates of ACORN GROWTH COMPANIES, LC and EDGEWATER SERVICES, LLC d/b/a THE EDGEWATER FUNDS,<br><br>Defendants. | No. 2:15-CV-00298-SAB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Before the Court is the parties' Joint Motion to Dismiss, ECF No. 25, and a related motion to expedite, ECF No. 26. The parties jointly aver that all issues and claims related to this suit have been resolved, and therefore that all claims in this

**ORDER GRANTING JOINT MOTION TO DISMISS ^ 1**

case should be dismissed with prejudice, without an award of costs or fees. The Court **grants** the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss, ECF No. 25, is **GRANTED**.

2. The parties' related Motion to Expedite Hearing on Joint Motion to Dismiss, ECF No. 26, is **GRANTED**.

3. This case and all claims in it are **DISMISSED WITH PREJUDICE**. There will be no award of costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE THE CASE**.

**DATED** this 28th day of November, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING JOINT MOTION TO DISMISS ^ 2**